### FIRST DEPARTMENT, OCTOBER TERM, 1886.

The People of the State of New York, Appellant, v. James A. Thorn, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman. J.

The People of the State of New York, Appellant, v. Ralph R. Pearsall, Respondent. — Judgment and order denying new trial, affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York, Appellant, v. John G. Clark, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York, Appellant, v. James Titus, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

### FIRST DEPARTMENT, OCTOBER TERM, 1886.*

Matter of Alma Nichols. — Order reversed and petition remanded. Opinion *Per Curiam.*

John F. Klumpp and another, Respondents, v Guy H. Gardner, and another, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Matter of Susan A. Place, deceased. — Order affirmed, without costs. Opinion by Daniels, J.

William H. Catlin and another, Respondents, v. The Adirondack Company, Appellant. — Order affirmed, without costs. — Opinion *Per Curiam.*

The People of the State of New York v. Universal Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements.

Thomas D. Reilly, Appellant, v. The Press Publishing Association, Respondent. — Order affirmed, without costs.

Anna Borkel, Appellant, v. Samuel S. Mulford, Respondent. — Order modified by requiring the defendant to stipulate that the deposition of witnesses, residing in New York and Pennsylvania, may be taken on ten days'notice before James J. Nealis, referee, and to be read on the trial to the same effect as though the witnesses were personally present, and as modified affirmed, without costs.

James Cassidy and another, Plaintiffs, v. Henry Gottgetrue, Assignee, etc., Defendant. — Order modified by directing that the judgment and report of the referee be opened so far as to allow the respondents to appear, upon notice to the appellants and to the several other parties to the judgment, before the said referee, and give any testimony tending to increase the claim which the referee has allowed in their favor, and to diminish or affect the debt allowed to the plaintiff and any other creditors in the actions, and on the coming in of the report of the referee to raise any question as to the costs and allowances appearing in the judgment, and as to the amounts awarded to any of the parties. The costs of such new hearing and proceeding before the referee and of the judgment and of this appeal to abide the event.

Michael Snow, Respondent, v. The Russell Coe Fertilizer Company and another, Appellants. — Order modified by striking out the second subdivision of the order restraining Robert C. Davidge from representing himself to be the successor of the defendant and without prejudice to an application, on proper papers and security, for an injunction, and as modified affirmed, without costs.

Paul Krotel, Receiver, etc., Respondent, v. Henry F. Williams and another, Appellants. — Judgment affirmed, with costs.

James O'Shea, Respondent, v. David L. Eisner, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements.

Central Trust Company of New York v. New York City and Northern Railway Company. — Order affirmed, with ten dollars costs and disbursements.

Margaretha Finnern and others, Executors, etc., Respondents, v. Julius Hinz and others, Appellants. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

James Naser and another, Respondents, v. The First National Bank of the City of New York, Appellant. — Judgment affirmed. Opinion *Per Curiam.*

Peter Suan, Respondent, v. George Caffe and another, Appellants. — Judgment affirmed. Opinion by Davis, P. J.

William Neidlinger, Appellant, v. John E. McIntire, Respondent, Impleaded, etc. Judgment affirmed.

The People of the State of New York *ex rel.* Edward G. Ames v. Joseph Koch and others, Respondents. — Dismissal of relator reversed, with costs.

Josephine M. McBride, Respondent, v. Robert P. McBride, Appellant. — Orders affirmed, with with ten dollars costs and disbursements.

William F. Redlich, Respondent, v. Hermann N. Smith, Appellant.

Isaac S. Enyard and another, Respondents, v. Same, Apppellant. — Orders affirmed; with ten dollars costs in one case and the disbursements in both.

Edward Wood, Appellant, v. Karoline Kroll and others, Respondents. — Order reversed, without costs. Opinion *Per Curiam.*

The Congregation "Hand in Hand," Appellant, v. Eva Muller and another, Respondents. — Order affirmed, without costs.

Gotthold Haug, Respondent, v. Christopher Reissner, Appellant — Judgment affirmed, with costs. Opinion *Per Curiam.*

J. Lippit Snow and another, Appellants v. Eli Gibbon and another, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Caroline L. Merchant, Appellant, v. Joseph Eickhorn and another, Respondents. — Judgment affirmed.

James C. Seymour, Appellant, v. The Castner Carbon Company and others, Respondents. — Judgment affirmed on opinion of the court below.

Leonard Lewisohn, Respondent, v. Bertram Niederwiesen, Appellant. — Motion denied.

Edward M. Knox, v. Commercial Agency and others. — Motion denied, without costs. Mem. *Per Curiam.*

The People of the State of New York *ex rel.* H. D. Nicoll, v. Infant Asylum. — Motion granted unless duly certified copies of the case be served within ten days, and ten dollars costs of motion be paid. Opinion *Per Curiam.*

Ruth A. Post, Respondent, v. Mary J. Stockwell, Appellant. — Motion denied without prejudice to its renewel in case the papers on appeal are not served within thirty days after service of a copy of this order.

In the matter of Robert Willets. — Decree affirmed on opinion of surrogate.

\* Decisions handed down December 31, 1886.